84,484-01

# JOHN H. FOSTEL

COURT COORDINATOR      271ST JUDICIAL DISTRICT COURT      DENISE HILL
940-627-3200      Wise and Jack Counties      Court Reporter
     P. O. Box 805
     DECATUR, TEXAS 76234

June 8, 2016

The Court of Criminal Appeals
P. O. Box 12308
Capitol Station
Austin, Texas 78711

Re:      Cause No. 16270-A
         Ex Parte: Donny Ray Scott
         WR-84,484-01

Honorable Court:

     I respectfully request a 60-day extension of the original deadline to submit the Findings of Fact and Conclusions of Law required in the above-referenced matter.

     If anything further is needed from this Court at this time, please advise.

Very truly yours,

Judge John H. Fostel

cc:      Ms. Lindy Borchardt
         Assistant District Attorney
         Hand Delivered

     Mr. Bill Ray
     By Facsimile: 817-698-9092

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2016

Abel Acosta, Clerk